

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00392-CR

Juan **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5471
Honorable Frank J. Castro, Judge Presiding

Opinion by:     Lori I. Valenzuela, Justice

Sitting:          Lori I. Valenzuela, Justice
                  Adrian A. Spears II, Justice
                  H. Todd McCray, Justice

Delivered and Filed: March 11, 2026

AFFIRMED; MOTION TO WITHDRAW GRANTED

Appellant Juan Guerra was indicted for murder. Guerra pled not guilty. After a four-day trial, the jury found Guerra guilty. During the punishment phase, the trial court found two repeat offender allegations to be true and sentenced Guerra to life imprisonment. The trial court certified Guerra's right to appeal.

On appeal, appellate counsel filed a brief in which he concludes this appeal is frivolous and without merit, and requests to withdraw as counsel. The brief demonstrates a professional and

thorough evaluation of the record and meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

As required, appellate counsel provided Guerra with a copy of the brief and informed him of his right to review the record and file his own *pro se* brief. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Guerra did not file a *pro se* brief, and the State filed a waiver of its right to file a brief.

We have thoroughly and independently reviewed the entire record and appellate counsel's brief. We find that (1) no reversible error exists in the record, (2) there are no arguable grounds for review, and (3) therefore, the appeal is frivolous. *Anders*, 386 U.S. at 744 (emphasizing that reviewing court—not counsel—determines, after full examination of proceedings, whether appeal is wholly frivolous); *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (reviewing court must determine whether arguable grounds for review exist); *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Because we conclude that the appeal is without merit, we grant the request to withdraw filed by appellate counsel and affirm the trial court's judgment. *See id.*

No substitute counsel will be appointed. Should Guerra wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Court of Criminal Appeals. *See id.* 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* 68.4.

Lori I. Valenzuela, Justice

DO NOT PUBLISH